INTERURBAN ST. RY. CO. v. MENARD.

(Circuit Court of Appeals, Second Circuit. April 17, 1906.)

No. 204.

In Error to the Circuit Court of the United States for the Southern District of New York.

This cause comes here upon writ of error to review a judgment of the Circuit Court, Southern District of New York, in favor of defendant in error, who was plaintiff below, against plaintiff in error and the Holbrook, Cabot & Daly Contracting Company, who were defendants below.

Joseph Daly, for plaintiff in error.
J. M. Gardner, for defendant in error.

Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Motion is made to dismiss the writ of error which was sued out by the railway company to review the judgment considered in Holbrook, Cabot & Daly Contracting Company v. Menard, opinion in which is herewith handed down (145 Fed. 498). There is nothing in the record to show summons and severance or its equivalent, and for the reasons set forth in that opinion the motion must be granted.